NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MORRIS MAY,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2012-5109

---

Appeal from the United States Court of Federal Claims in No. 11-CV-774, Judge Susan G. Braden.

---

**ON MOTION**

---

PER CURIAM.

**O R D E R**

Morris May moves for reconsideration of the court's December 12, 2012 order denying his request for fees. The United States moves for an extension of time to file a response to May's motion and submits a response in opposition to the motion.

Upon consideration thereof,

IT IS ORDERED THAT:

MORRIS MAY v. US                                                    2

1)    May's motion for reconsideration is denied.

2)    The United States' motion for an extension of time to file a response is granted.


For The Court


 /s/ Jan Horbaly
Jan Horbaly
Clerk


s25